UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA LEE PIDCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C21-684-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Further evaluate all opinion evidence, including the opinion of Dr. Posmantur, and articulate the persuasive value of each opinion according to the applicable regulations.
- Further develop the record, including offering a new hearing and issuing a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under 28 U.S.C. § 4212(d).

DATED this 21st day of December 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
katherine.watson@ssa.gov

Of Counsel:
JAMES E. BIELENBERG JR.
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
James.Bielenberg@ssa.gov